**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **LEE PELE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| **v.** | ) | **Civil Action No: 1:13cv757** |
| | ) | |
| | ) | |
| **TRANSUNION , LLC.** | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Lee Pele and Defendant TransUnion, LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Lee Pele and Defendant TransUnion, LLC to be determined by this Court.  The Plaintiff hereby stipulates that all claims or causes of action against TransUnion, LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

SO ORDERED on this _____ day of October, 2013

_____
United States District Judge James C. Cacheris

1

Respectfully Submitted,

LEE PELE

_____/s/_____

A. Hugo Blankingship, III
Va. Bar Number 26424
Attorney for Lee Pele
Blankingship & Christiano, P.C.
11790 Sunrise Valley Drive, Ste. 103
Reston, Virginia 20191
(571) 313-0412
(571) 313-0582 (fax)
hugo@blankingship.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2013, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system which will then send a

notification of such filing (NEF) to the following

Grant Kronenberg
Va. Bar Number 65647
Morris & Morris, P.C.
P.O. Box 30
Richmond, Virginia 23218
(804) 344-6334
(804) 344-8359 (Fax)
gkronenberg@morrismorris.com
*Attorneys for Defendant*

_____/s/_____
A. Hugo Blankingship, III
Va. Bar Number 26424
Attorney for Lee Pele
Blankingship & Christiano, P.C.
11790 Sunrise Valley Drive, Ste. 103
Reston, Virginia 20191
(571) 313-0412
(571) 313-0582 (fax)
hugo@blankingship.com